**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| FEDERAL HOUSING FINANCE AGENCY, AS CONSERVATOR FOR THE FEDERAL NATIONAL MORTGAGE ASSOCIATION AND THE FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>          Plaintiff,<br><br>    -against-<br><br>THE ROYAL BANK OF SCOTLAND GROUP PLC; RBS HOLDINGS USA INC.; RBS SECURITIES INC. (f/k/a GREENWICH CAPITAL MARKETS, INC.); RBS FINANCIAL PRODUCTS INC. (f/k/a GREENWICH CAPITAL FINANCIAL PRODUCTS, INC.), RBS ACCEPTANCE INC. (f/k/a GREENWICH CAPITAL ACCEPTANCE, INC.); FINANCIAL ASSET SECURITIES CORP.; JOSEPH N. WALSH III; CAROL P. MATHIS; ROBERT J. MCGINNIS; JOHN C. ANDERSON; and JAMES M. ESPOSITO,<br><br>          Defendants. | Case No. 3:11-cv-01383-AWT<br><br><br>**December 20, 2013** |

**MOTION TO SEAL EXHIBITS B, H, L-X,  CC-FF,  II-LL, PP-VV TO DEFENDANTS'**
**MOTION TO COMPEL FHFA TO PRODUCE DOCUMENTS FROM FANNIE MAE**
**AND FREDDIE MAC'S "SINGLE FAMILY" BUSINESSES,**
**IN RESPONSE TO DEFENDANTS' FIRST REQUEST FOR PRODUCTION**

Defendants in this Action ("RBS"), hereby move this Court pursuant to Local Rule

5(e)(4)(a), for an Order granting Defendants leave to file under seal Exhibits B, H, L-X, CC-FF,

II-LL, and PP-VV  to their Motion To Compel FHFA To Produce Documents From Fannie Mae

And Freddie Mac's "Single Family" Businesses, In Response To Defendants' First Request for

Production (the "Sealed Documents").  The Sealed Documents comprise and include confidential

and proprietary business information produced by Plaintiff, the Federal Housing Finance

Agency, in this Action.  Pursuant to the Protective Order in this case entered on January 29,

2013, Plaintiff has designated these documents, or documents referenced therein, as confidential

on the basis that they contain sensitive information regarding the Federal National Mortgage

Association's and the Federal Home Loan Mortgage Corporation's business practices.

The RBS Defendants have electronically filed a redacted version of each of the Sealed

Documents and unredacted paper copies of the Sealed Documents will be filed with the Court on

December 23, 2013.

WHEREFORE, the RBS Defendants respectfully request the Court grant the relief

requested herein.

Respectfully submitted,

____/s/ Joseph M. Gillis_____
Timothy A. Diemand (ct18075)
Joseph M. Gillis (ct27665)
WIGGIN AND DANA LLP
One City Place
185 Asylum Street
Hartford, CT 06103
Telephone: (860) 297-3700
Facsimile: (860) 525-9380
tdiemand@wiggin.com
jgillis@wiggin.com

Thomas C. Rice (pro hac vice)
David J. Woll (pro hac vice)
Alan Turner (pro hac vice)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2502
trice@stblaw.com
dwoll@stblaw.com
aturner@stblaw.com

Attorneys for Defendants

FEDERAL HOUSING FINANCE AGENCY,
AS CONSERVATOR FOR THE FEDERAL
NATIONAL MORTGAGE ASSOCIATION
AND THE FEDERAL HOME LOAN
MORTGAGE CORPORATION,

                         Plaintiff,

          -against-

THE ROYAL BANK OF SCOTLAND
GROUP PLC; RBS HOLDINGS USA INC.;
RBS SECURITIES INC. (f/k/a GREENWICH
CAPITAL MARKETS, INC.); RBS
FINANCIAL PRODUCTS INC. (f/k/a
GREENWICH CAPITAL FINANCIAL
PRODUCTS, INC.), RBS ACCEPTANCE
INC. (f/k/a GREENWICH CAPITAL
ACCEPTANCE, INC.); FINANCIAL ASSET
SECURITIES CORP.; JOSEPH N. WALSH
III; CAROL P. MATHIS; ROBERT J.
MCGINNIS; JOHN C. ANDERSON; and
JAMES M. ESPOSITO,

                    Defendants.

Case No. 3:11-cv-01383-AWT

**December 20, 2013**

## <u>CERTIFICATE OF SERVICE</u>

       I hereby certify that on December 20, 2013, a copy of the foregoing Motion to Seal

Exhibits B, H, L-X, CC-FF, II-LL, and PP-VV to Defendants' Motion To Compel FHFA To

Produce Documents From Fannie Mae And Freddie Mac's "Single Family" Businesses, In

Response To Defendants' First Requests For Production were filed electronically and served by

mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to

all parties by operation of the Court's electronic filing system or by mail to anyone unable to

accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this

filing through the Court's CM/ECF system.

_____/s/ Joseph M. Gillis_____
Timothy A. Diemand (ct18075)
Joseph M. Gillis (ct27665)
WIGGIN AND DANA LLP
One City Place
185 Asylum Street
Hartford, CT 06103
Telephone: (860) 297-3700
Facsimile: (860) 525-9380
tdiemand@wiggin.com
jgillis@wiggin.com

|  |  |
|---|---|
| FEDERAL HOUSING FINANCE AGENCY, AS CONSERVATOR FOR THE FEDERAL NATIONAL MORTGAGE ASSOCIATION AND THE FEDERAL HOME LOAN MORTGAGE CORPORATION, <br><br>                Plaintiff, <br><br>       -against- <br><br> THE ROYAL BANK OF SCOTLAND GROUP PLC; RBS HOLDINGS USA INC.; RBS SECURITIES INC. (f/k/a GREENWICH CAPITAL MARKETS, INC.); RBS FINANCIAL PRODUCTS INC. (f/k/a GREENWICH CAPITAL FINANCIAL PRODUCTS, INC.), RBS ACCEPTANCE INC. (f/k/a GREENWICH CAPITAL ACCEPTANCE, INC.); FINANCIAL ASSET SECURITIES CORP.; JOSEPH N. WALSH III; CAROL P. MATHIS; ROBERT J. MCGINNIS; JOHN C. ANDERSON; and JAMES M. ESPOSITO, <br><br>               Defendants. | Case No. 3:11-cv-01383-AWT <br><br><br> **December 20, 2013** |

## NOTICE OF MANUAL FILING

       PLEASE TAKE NOTICE THAT the RBS Defendants will manually file unredacted versions of the Exhibits B, H, L-X, CC-FF, II-LL, and PP-VV to the Defendants' Motion To Compel FHFA To Produce Documents From Fannie Mae And Freddie Mac's "Single Family" Businesses, In Response To Defendants' First Requests For Production on December 23, 2013.

These documents have been filed under seal pursuant to the Local Rules of Civil

Procedure.  These documents will be manually served on all parties.


THE RBS DEFENDANTS


By:      ___/s/ Joseph M. Gillis____
         Timothy A. Diemand (ct18075)
         Joseph M. Gillis (ct27665)
         WIGGIN AND DANA LLP
         One City Place
         185 Asylum Street
         Hartford, CT 06103
         Telephone: (860) 297-3700
         Facsimile: (860) 525-9380
         tdiemand@wiggin.com
         jgillis@wiggin.com

         Thomas C. Rice (pro hac vice)
         David J. Woll (pro hac vice)
         Alan Turner (pro hac vice)
         SIMPSON THACHER & BARTLETT LLP
         425 Lexington Avenue
         New York, New York 10017
         Telephone: (212) 455-2000
         Facsimile: (212) 455-2502
         trice@stblaw.com
         dwoll@stblaw.com
         aturner@stblaw.com

         Attorneys for Defendants

FEDERAL HOUSING FINANCE AGENCY,
AS CONSERVATOR FOR THE FEDERAL
NATIONAL MORTGAGE ASSOCIATION
AND THE FEDERAL HOME LOAN
MORTGAGE CORPORATION,

                    Plaintiff,

        -against-

THE ROYAL BANK OF SCOTLAND
GROUP PLC; RBS HOLDINGS USA INC.;
RBS SECURITIES INC. (f/k/a GREENWICH
CAPITAL MARKETS, INC.); RBS
FINANCIAL PRODUCTS INC. (f/k/a
GREENWICH CAPITAL FINANCIAL
PRODUCTS, INC.), RBS ACCEPTANCE
INC. (f/k/a GREENWICH CAPITAL
ACCEPTANCE, INC.); FINANCIAL ASSET
SECURITIES CORP.; JOSEPH N. WALSH
III; CAROL P. MATHIS; ROBERT J.
MCGINNIS; JOHN C. ANDERSON; and
JAMES M. ESPOSITO,

                Defendants.

Case No. 3:11-cv-01383-AWT

**December 20, 2013**

## <u>CERTIFICATE OF SERVICE</u>

       I hereby certify that on December 20, 2013, a copy of the foregoing Notice of Manual

Filing was filed electronically and served by mail on anyone unable to accept electronic filing.

Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic

filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of

Electronic Filing.  Parties may access this filing through the Court's CM/ECF system.

_____/s/ Joseph M. Gillis_____
Timothy A. Diemand (ct18075)
Joseph M. Gillis (ct27665)
WIGGIN AND DANA LLP
One City Place
185 Asylum Street
Hartford, CT 06103
Telephone: (860) 297-3700
Facsimile: (860) 525-9380
tdiemand@wiggin.com
jgillis@wiggin.com