UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| FEDERAL HOUSING FINANCE AGENCY, AS CONSERVATOR FOR THE FEDERAL NATIONAL MORTGAGE ASSOCIATION AND THE FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>　　　　　　　Plaintiff,<br><br>　　　-against-<br><br>THE ROYAL BANK OF SCOTLAND GROUP PLC; RBS HOLDINGS USA, INC.; RBS SECURITIES, INC. (f/k/a GREENWICH CAPITAL MARKETS, INC.); RBS FINANCIAL PRODUCTS, INC. (f/k/a GREENWICH CAPITAL FINANCIAL PRODUCTS, INC.), RBS ACCEPTANCE, INC. (f/k/a GREENWICH CAPITAL ACCEPTANCE, INC.); FINANCIAL ASSET SECURITIES CORP.; JOSEPH N. WALSH III; CAROL P. MATHIS; ROBERT J. MCGINNIS; JOHN C. ANDERSON; and JAMES M. ESPOSITO,<br><br>　　　　　　　Defendants. | Case No. 3:11-cv-01383-AWT<br><br>January 7, 2014 |

PLAINTIFF'S UNOPPOSED MOTION TO CONTINUE THE TIME
FOR PLAINTIFF TO OPPOSE DEFENDANTS' MOTION TO COMPEL SINGLE
FAMILY DISCOVERY, AND FOR DEFENDANTS TO OPPOSE PLAINTIFF'S
MOTION FOR A PROTECTIVE ORDER

Plaintiff Federal Housing Finance Agency ("FHFA"), as Conservator for the Federal National Mortgage Association and the Federal Home Loan Mortgage Corporation, respectfully moves, on consent, for (1) a one-week extension of time, until January 17, 2014, for Plaintiff to file its Opposition to Defendants' Motion to Compel Single Family Discovery (the "Motion to Compel") (Dkt. 254), and (2) a one-week extension of time, until January 16, 2014, for

Defendants to file their Opposition to Plaintiff's Motion for a Protective Order ("Motion for a Protective Order") (Dkt. 250).  In support of this motion, Plaintiff states as follows:

1.  The instant motion is timely because the period for Plaintiff to oppose the Motion to Compel has not yet expired.  On December 20, 2013, Defendants filed the Motion to Compel.  Pursuant to Local Rule 7(a)(1), Plaintiff's opposition memorandum to the Motion to Compel is due by January 10, 2014.  Similarly, the period for Defendants to oppose the Motion for a Protective Order has not yet expired.  On December 19, 2013, Plaintiffs filed the Motion for a Protective Order.  Pursuant to Local Rule 7(a)(1), Defendants' opposition memorandum to the Motion for a Protective Order is due by January 9, 2014.

2.  Plaintiff requests an additional seven days to prepare its opposition memorandum in response to the Motion to Compel.  Defendants consent to the relief requested in this motion.

3.  Defendants request an additional seven days to prepare their response to Plaintiff's Motion for a Protective Order.  Plaintiff consents to this requested relief.

4.  This is the first extension of time sought by either Plaintiff or Defendants with respect to responding to the Defendants' Motion to Compel or Plaintiff's Motion for a Protective Order.  There is good cause for these extensions as the parties are respectively opposing briefs totaling several hundred pages, including affidavits and exhibits.  Additionally, both Motions were filed during the 2013 holiday period.

WHEREFORE, Plaintiff respectfully moves, on consent, for (1) an extension of time, until January 17, 2014, for Plaintiff to file its opposition to the Motion to Compel, and (2) an extension of time, until January 16, 2014, for Defendants to file their opposition to Plaintiff's Motion for a Protective Order, together with such other and further relief as the Court deems proper.

PLAINTIFF, FEDERAL HOUSING
FINANCE AGENCY, AS
CONSERVATOR FOR THE
FEDERAL NATIONAL
MORTGAGE ASSOCIATION AND
THE FEDERAL HOME LOAN
MORTGAGE CORPORATION


By: /s/ Ross H. Garber
Ross H. Garber (ct17689)
Andrew M. Zeitlin (ct21386)
SHIPMAN & GOODWIN LLP
300 Atlantic Street
Stamford, CT 06901
Telephone: (203) 324-8111
Fax: (203) 324-8199
azeitlin@goodwin.com
rgarber@goodwin.com

QUINN EMANUEL URQUHART & SULLIVAN, LLP

Philippe Z. Selendy (phv05112)
Sascha N. Rand (phv05730)
Adam M. Abensohn (phv04996)
Jordan A. Goldstein (phv05182)
Marina E. Olevsky (phv06292)
51 Madison Avenue, 22nd Floor
New York, New York 10010-1601
Telephone: (212) 849-7000
Fax: (212) 849-7100
philippeselendy@quinnemanuel.com
sascharand@quinnemanuel.com
adamabensohn@quinnemanuel.com
jordangoldstein@quinnemanuel.com
marinaolevsky@quinnemanuel.com


*Attorneys for Plaintiff Federal Housing Finance Agency*

SO ORDERED this __ day of January, 2014.

                                                                         _____
                                                                         HON. ALVIN W. THOMPSON
                                                                         United States District Judge
                                                                         District of Connecticut

**CERTIFICATION OF SERVICE**

I hereby certify that on January 7, 2014, a copy of the foregoing Unopposed Motion to Continue the Time for Plaintiff to Oppose Defendants' Motion to Compel Single Family Discovery, and for Defendants to Oppose Plaintiff's Motion for a Protective Order was filed electronically and sent by electronic mail to all parties, including the individuals listed below, by operation of the Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF System.


Thomas C. Rice
David J. Woll
Alan C. Turner
Craig S. Waldman
Kimberly Hamm
Leigh Wasserstrom
Sarah L. Eichenberger
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
212-455-2216
212-455-2502 (fax)

Timothy Andrew Diemand
Joseph M. Gillis
WIGGIN & DANA
One Cityplace
185 Asylum St. Floor 34
Hartford, CT 06103
860-297-3738
860-525-9380 (fax)

*Counsel to Defendants*

By: ___/s/  Ross H. Garber (ct17689)