IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| FEDERAL HOUSING FINANCE AGENCY, AS CONSERVATOR FOR THE FEDERAL NATIONAL MORTGAGE ASSOCIATION AND THE FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　-against-<br><br>THE ROYAL BANK OF SCOTLAND GROUP PLC; RBS HOLDINGS USA INC.; RBS SECURITIES INC. (f/k/a GREENWICH CAPITAL MARKETS, INC.); RBS FINANCIAL PRODUCTS INC. (f/k/a GREENWICH CAPITAL FINANCIAL PRODUCTS, INC.), RBS ACCEPTANCE INC. (f/k/a GREENWICH CAPITAL ACCEPTANCE, INC.); FINANCIAL ASSET SECURITIES CORP.; JOSEPH N. WALSH III; CAROL P. MATHIS; ROBERT J. MCGINNIS; JOHN C. ANDERSON; and JAMES M. ESPOSITO,<br><br>　　　　　　　　　　Defendants. | Case No. 3:11-cv-01383-AWT<br><br>January 16, 2014 |

**MOTION TO SEAL DEFENDANTS' OPPOSITION TO FHFA'S MOTION FOR PROTECTIVE ORDER AND EXHIBITS F THROUGH J THERETO**

　　　　Defendants in this Action (collectively, the "Defendants"), hereby move this Court pursuant to Local Rule 5(e)(4)(a), for an Order granting Defendants leave to file under seal their Opposition to FHFA's Motion for Protective Order (the "Opposition") and Exhibits F through J thereto (the "Sealed Documents"). The Sealed Documents comprise and include confidential and proprietary business information produced by Plaintiff, the Federal Housing Finance Agency, in *FHFA v. Countrywide Financial Corp.*, No. CV 12-1059 (MRP)(MAN) (C.D. Cal.). Pursuant to the Protective Order in that case entered on August 5, 2013, Plaintiff has designated

1

these documents as confidential on the basis that they contain sensitive information regarding the Federal National Mortgage Association's and the Federal Home Loan Mortgage Corporation's business practices. *See FHFA v. Countrywide Fin. Corp.*, No. CV 12-1059 (MRP)(MAN), Dkt. 281 (C.D. Cal. Aug. 5, 2013).

The Defendants have electronically filed a redacted version of the Opposition and each of the Sealed Documents and unredacted paper copies of the Opposition and the Sealed Documents will be filed with the Court on January 17, 2014.

WHEREFORE, the Defendants respectfully request the Court grant the relief requested herein.

                    Respectfully submitted,

                    ___/s/ Timothy A. Diemand_____
                    Timothy A. Diemand (ct18075)
                    Joseph M. Gillis (ct27665)
                    WIGGIN AND DANA LLP
                    One CityPlace
                    185 Asylum Street
                    Hartford, CT 06103
                    Telephone: (860) 297-3700
                    Facsimile: (860) 525-9380
                    tdiemand@wiggin.com
                    jgillis@wiggin.com

                    Thomas C. Rice (pro hac vice)
                    David J. Woll (pro hac vice)
                    Alan Turner (pro hac vice)
                    SIMPSON THACHER & BARTLETT LLP
                    425 Lexington Avenue
                    New York, New York 10017
                    Telephone: (212) 455-2000
                    Facsimile: (212) 455-2502
                    trice@stblaw.com
                    dwoll@stblaw.com
                    aturner@stblaw.com

                    Attorneys for Defendants

| | |
|---|---|
| FEDERAL HOUSING FINANCE AGENCY, AS CONSERVATOR FOR THE FEDERAL NATIONAL MORTGAGE ASSOCIATION AND THE FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>                           Plaintiff,<br><br>          -against-<br><br>THE ROYAL BANK OF SCOTLAND GROUP PLC; RBS HOLDINGS USA INC.; RBS SECURITIES INC. (f/k/a GREENWICH CAPITAL MARKETS, INC.); RBS FINANCIAL PRODUCTS INC. (f/k/a GREENWICH CAPITAL FINANCIAL PRODUCTS, INC.), RBS ACCEPTANCE INC. (f/k/a GREENWICH CAPITAL ACCEPTANCE, INC.); FINANCIAL ASSET SECURITIES CORP.; JOSEPH N. WALSH III; CAROL P. MATHIS; ROBERT J. MCGINNIS; JOHN C. ANDERSON; and JAMES M. ESPOSITO,<br><br>                          Defendants. | Case No. 3:11-cv-01383-AWT<br><br>**January 16, 2014** |

## CERTIFICATE OF SERVICE

      I hereby certify that on January 16, 2014, a copy of the foregoing Motion to Seal Defendants' Opposition to FHFA's Motion for Protective Order and Exhibits F through J thereto was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

                                                                                                     4

                                                         ___/s/ Timothy A. Diemand
                                          Timothy A. Diemand (ct18075)
                                          WIGGIN AND DANA LLP
                                          One CityPlace
                                          185 Asylum Street
                                          Hartford, CT 06103
                                          Telephone: (860) 297-3700
                                          Facsimile: (860) 525-9380
                                          tdiemand@wiggin.com

| | |
|---|---|
| FEDERAL HOUSING FINANCE AGENCY, AS CONSERVATOR FOR THE FEDERAL NATIONAL MORTGAGE ASSOCIATION AND THE FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>       Plaintiff,<br><br>   -against-<br><br>THE ROYAL BANK OF SCOTLAND GROUP PLC; RBS HOLDINGS USA INC.; RBS SECURITIES INC. (f/k/a GREENWICH CAPITAL MARKETS, INC.); RBS FINANCIAL PRODUCTS INC. (f/k/a GREENWICH CAPITAL FINANCIAL PRODUCTS, INC.), RBS ACCEPTANCE INC. (f/k/a GREENWICH CAPITAL ACCEPTANCE, INC.); FINANCIAL ASSET SECURITIES CORP.; JOSEPH N. WALSH III; CAROL P. MATHIS; ROBERT J. MCGINNIS; JOHN C. ANDERSON; and JAMES M. ESPOSITO,<br><br>       Defendants. | Case No. 3:11-cv-01383-AWT<br><br>**January 16, 2014** |

## NOTICE OF MANUAL FILING

  PLEASE TAKE NOTICE THAT the RBS Defendants will manually file unredacted versions Defendants' Opposition to FHFA's Motion for Protective Order and Exhibits F through J thereto on January 17, 2014.

5

These documents have been filed under seal pursuant to the Local Rules of Civil Procedure. These documents will be manually served on all parties.

THE RBS DEFENDANTS

By:    /s/ Timothy A. Diemand
Timothy A. Diemand (ct18075)
Joseph M. Gillis (ct27665)
WIGGIN AND DANA LLP
One CityPlace
185 Asylum Street
Hartford, CT 06103
Telephone: (860) 297-3700
Facsimile: (860) 525-9380
tdiemand@wiggin.com
jgillis@wiggin.com

Thomas C. Rice (pro hac vice)
David J. Woll (pro hac vice)
Alan Turner (pro hac vice)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2502
trice@stblaw.com
dwoll@stblaw.com
aturner@stblaw.com

Attorneys for Defendants

| | |
|---|---|
| FEDERAL HOUSING FINANCE AGENCY, AS CONSERVATOR FOR THE FEDERAL NATIONAL MORTGAGE ASSOCIATION AND THE FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>        Plaintiff,<br><br>   -against-<br><br>THE ROYAL BANK OF SCOTLAND GROUP PLC; RBS HOLDINGS USA INC.; RBS SECURITIES INC. (f/k/a GREENWICH CAPITAL MARKETS, INC.); RBS FINANCIAL PRODUCTS INC. (f/k/a GREENWICH CAPITAL FINANCIAL PRODUCTS, INC.), RBS ACCEPTANCE INC. (f/k/a GREENWICH CAPITAL ACCEPTANCE, INC.); FINANCIAL ASSET SECURITIES CORP.; JOSEPH N. WALSH III; CAROL P. MATHIS; ROBERT J. MCGINNIS; JOHN C. ANDERSON; and JAMES M. ESPOSITO,<br><br>        Defendants. | Case No. 3:11-cv-01383-AWT<br><br>**January 16, 2014** |

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2014, a copy of the foregoing Notice of Manual Filing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

8

   /s/ Timothy A. Diemand
Timothy A. Diemand (ct18075)
WIGGIN AND DANA LLP
One CityPlace
185 Asylum Street
Hartford, CT 06103
Telephone: (860) 297-3700
Facsimile: (860) 525-9380
tdiemand@wiggin.com