IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| FEDERAL HOUSING FINANCE AGENCY, AS CONSERVATOR FOR THE FEDERAL NATIONAL MORTGAGE ASSOCIATION AND THE FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>       Plaintiff,<br><br>  -against-<br><br>THE ROYAL BANK OF SCOTLAND GROUP PLC; RBS HOLDINGS USA INC.; RBS SECURITIES INC. (f/k/a GREENWICH CAPITAL MARKETS, INC.); RBS FINANCIAL PRODUCTS INC. (f/k/a GREENWICH CAPITAL FINANCIAL PRODUCTS, INC.); RBS ACCEPTANCE INC. (f/k/a GREENWICH CAPITAL ACCEPTANCE, INC.); FINANCIAL ASSET SECURITIES CORP.; JOSEPH N. WALSH III; CAROL P. MATHIS; ROBERT J. MCGINNIS; JOHN C. ANDERSON; and JAMES M. ESPOSITO,<br><br>       Defendants. | Case No. 3:11-cv-01383-AWT<br><br>January 21, 2014 |

### MOTION TO SEAL DEFENDANTS' MEMORANDUM OF LAW IN OPPOSITION TO FHFA'S MOTION TO QUASH THIRD PARTY SUBPOENAS AND EXHIBITS E, F, K AND L  THERETO

  Defendants in this Action (collectively, the "RBS Defendants"), hereby move this Court pursuant to Local Rule 5(e)(4)(a) for an Order granting the RBS Defendants leave to file under seal Defendants' Memorandum Of Law In Opposition To FHFA's Motion To Quash Third-Party Subpoenas and Exhibits E, F, K, and L thereto (the "Sealed Documents").  The Sealed Documents comprise and include confidential and proprietary business information produced by Plaintiff, the Federal Housing Finance Agency, and the RBS Defendants in this action.  Pursuant to the Protective Order entered in this action on January 29, 2013, both Plaintiff and the RBS Defendants have designated these documents as confidential on the basis that they contain

1

sensitive information regarding the Federal National Mortgage Association's and the Federal Home Loan Mortgage Corporation's business practices as well as the RBS Defendants' business practices. *See FHFA v. Royal Bank of Scotland Grp. PLC et al.*, 3:11cv01383 (AWT) Dkt. 111 (D. Conn. Jan. 29, 2013).

The RBS Defendants have electronically filed redacted versions of the Sealed Documents and unredacted paper copies of the Sealed Documents will be filed with the Court on January 22, 2014.

WHEREFORE, the Defendants respectfully request the Court grant the relief requested herein.

    Respectfully submitted,

    /s/ Timothy A. Diemand
    Timothy A. Diemand (ct18075)
    Joseph M. Gillis (ct27665)
    WIGGIN AND DANA LLP
    One CityPlace
    185 Asylum Street
    Hartford, CT 06103
    Telephone: (860) 297-3700
    Facsimile: (860) 525-9380
    tdiemand@wiggin.com
    jgillis@wiggin.com

    Thomas C. Rice (*pro hac vice*)
    David J. Woll (*pro hac vice*)
    Andrew T. Frankel (*pro hac vice* pending)
    Alan Turner (*pro hac vice*)
    Craig S. Waldman (*pro hac vice*)
    SIMPSON THACHER & BARTLETT LLP
    425 Lexington Avenue
    New York, New York 10017
    Telephone: (212) 455-2000
    Facsimile: (212) 455-2502
    trice@stblaw.com
    dwoll@stblaw.com
    afrankel@stblaw.com
    aturner@stblaw.com
    cwaldman@stblaw.com

    Attorneys for Defendants

| | |
|---|---|
| FEDERAL HOUSING FINANCE AGENCY, AS CONSERVATOR FOR THE FEDERAL NATIONAL MORTGAGE ASSOCIATION AND THE FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>                    Plaintiff,<br><br>            -against-<br><br>THE ROYAL BANK OF SCOTLAND GROUP PLC; RBS HOLDINGS USA INC.; RBS SECURITIES INC. (f/k/a GREENWICH CAPITAL MARKETS, INC.); RBS FINANCIAL PRODUCTS INC. (f/k/a GREENWICH CAPITAL FINANCIAL PRODUCTS, INC.); RBS ACCEPTANCE INC. (f/k/a GREENWICH CAPITAL ACCEPTANCE, INC.); FINANCIAL ASSET SECURITIES CORP.; JOSEPH N. WALSH III; CAROL P. MATHIS; ROBERT J. MCGINNIS; JOHN C. ANDERSON; and JAMES M. ESPOSITO,<br><br>                    Defendants. | Case No. 3:11-cv-01383-AWT<br><br>January 21, 2014 |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 21, 2014, a copy of the foregoing Motion to Seal Defendants' Memorandum Of Law In Opposition To FHFA's Motion To Quash Third-Party Subpoenas and Exhibits E, F, K, and L thereto was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF system.

/s/ Timothy A. Diemand
Timothy A. Diemand (ct18075)
WIGGIN AND DANA LLP
One CityPlace
185 Asylum Street
Hartford, CT 06103
Telephone: (860) 297-3700
Facsimile: (860) 525-9380
tdiemand@wiggin.com

| | |
|---|---|
| FEDERAL HOUSING FINANCE AGENCY, AS CONSERVATOR FOR THE FEDERAL NATIONAL MORTGAGE ASSOCIATION AND THE FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>                          Plaintiff,<br><br>            -against-<br><br>THE ROYAL BANK OF SCOTLAND GROUP PLC; RBS HOLDINGS USA INC.; RBS SECURITIES INC. (f/k/a GREENWICH CAPITAL MARKETS, INC.); RBS FINANCIAL PRODUCTS INC. (f/k/a GREENWICH CAPITAL FINANCIAL PRODUCTS, INC.); RBS ACCEPTANCE INC. (f/k/a GREENWICH CAPITAL ACCEPTANCE, INC.); FINANCIAL ASSET SECURITIES CORP.; JOSEPH N. WALSH III; CAROL P. MATHIS; ROBERT J. MCGINNIS; JOHN C. ANDERSON; and JAMES M. ESPOSITO,<br><br>                          Defendants. | Case No. 3:11-cv-01383-AWT<br><br>January 21, 2014 |

## NOTICE OF MANUAL FILING

      PLEASE TAKE NOTICE THAT the RBS Defendants will manually file unredacted versions of Defendants' Memorandum Of Law In Opposition To FHFA's Motion To Quash Third-Party Subpoenas and Exhibits E, F, K and L thereto on January 22, 2014.

5

These documents have been filed under seal pursuant to the Local Rules of Civil Procedure. These documents will be manually served on all parties.

                                            THE RBS DEFENDANTS

By:    /s/ Timothy A. Diemand
         Timothy A. Diemand (ct18075)
         Joseph M. Gillis (ct27665)
         WIGGIN AND DANA LLP
         One CityPlace
         185 Asylum Street
         Hartford, CT 06103
         Telephone: (860) 297-3700
         Facsimile: (860) 525-9380
         tdiemand@wiggin.com
         jgillis@wiggin.com

         Thomas C. Rice (*pro hac vice*)
         David J. Woll (*pro hac vice*)
         Andrew T. Frankel (*pro hac vice* pending)
         Alan Turner (*pro hac vice*)
         Craig S. Waldman (*pro hac vice*)
         SIMPSON THACHER & BARTLETT LLP
         425 Lexington Avenue
         New York, New York 10017
         Telephone: (212) 455-2000
         Facsimile: (212) 455-2502
         trice@stblaw.com
         dwoll@stblaw.com
         afrankey@stblaw.com
         aturner@stblaw.com
         cwaldman@stblaw.com

         Attorneys for Defendants

| | |
|---|---|
| FEDERAL HOUSING FINANCE AGENCY, AS CONSERVATOR FOR THE FEDERAL NATIONAL MORTGAGE ASSOCIATION AND THE FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>                    Plaintiff,<br><br>        -against-<br><br>THE ROYAL BANK OF SCOTLAND GROUP PLC; RBS HOLDINGS USA INC.; RBS SECURITIES INC. (f/k/a GREENWICH CAPITAL MARKETS, INC.); RBS FINANCIAL PRODUCTS INC. (f/k/a GREENWICH CAPITAL FINANCIAL PRODUCTS, INC.); RBS ACCEPTANCE INC. (f/k/a GREENWICH CAPITAL ACCEPTANCE, INC.); FINANCIAL ASSET SECURITIES CORP.; JOSEPH N. WALSH III; CAROL P. MATHIS; ROBERT J. MCGINNIS; JOHN C. ANDERSON; and JAMES M. ESPOSITO,<br><br>                    Defendants. | Case No. 3:11-cv-01383-AWT<br><br>**January 21, 2014** |

## CERTIFICATE OF SERVICE

I hereby certify that on January 21, 2014, a copy of the foregoing Notice of Manual Filing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

/s/ Timothy A. Diemand
Timothy A. Diemand (ct18075)
WIGGIN AND DANA LLP
One CityPlace
185 Asylum Street
Hartford, CT 06103
Telephone: (860) 297-3700
Facsimile: (860) 525-9380
tdiemand@wiggin.com