# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| FEDERAL HOUSING FINANCE AGENCY, AS CONSERVATOR FOR THE FEDERAL NATIONAL MORTGAGE ASSOCIATION AND THE FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>Plaintiff,<br><br>-against-<br><br>THE ROYAL BANK OF SCOTLAND GROUP PLC; RBS HOLDINGS USA, INC.; RBS SECURITIES, INC. (f/k/a GREENWICH CAPITAL MARKETS, INC.); RBS FINANCIAL PRODUCTS, INC. (f/k/a GREENWICH CAPITAL FINANCIAL PRODUCTS, INC.), RBS ACCEPTANCE, INC. (f/k/a GREENWICH CAPITAL ACCEPTANCE, INC.); FINANCIAL ASSET SECURITIES CORP.; JOSEPH N. WALSH III; CAROL P. MATHIS; ROBERT J. MCGINNIS; JOHN C. ANDERSON; and JAMES M. ESPOSITO,<br><br>Defendants. | Case No. 3:11-cv-01383-AWT |

### DEFENDANTS' MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO FILE REPLY BRIEF IN SUPPORT OF MOTION TO COMPEL AND FOR ENLARGEMENT OF PAGE LIMITS REGARDING SAME AND FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE REPLY BRIEFS IN SUPPORT OF MOTION FOR PROTECTIVE ORDER AND MOTION TO QUASH

Defendants The Royal Bank of Scotland Group plc, RBS Holdings USA, Inc., RBS Securities Inc., RBS Financial Products, Inc., RBS Acceptance, Inc., Financial Asset Securities Corp., Joseph N. Walsh III, Carol P. Mathis, Robert J. McGinnis, John C. Anderson, and James M. Esposito (collectively "Defendants"), respectfully move, on consent, for:

1. A seven-day extension of time, until February 7, 2014, for Defendants to file their reply brief in further support of Defendants' Motion to Compel FHFA to Produce Documents

      From Fannie Mae's and Freddie Mac's "Single Family" Businesses (Dkt. 254) ("Defendants' Reply Brief");

2. A seven-day extension of time, until February 6, 2014, for Plaintiff Federal Housing Finance Agency ("FHFA") to file its reply brief in further support of FHFA's Motion for Protective Order (Dkt. 250); and

3. A seven-day extension of time, until February 11, 2014, for FHFA to file its reply brief in further support of FHFA's Motion to Quash (Dkt. 257).

Good cause exists for these requested extensions as the parties' opening and opposing briefs total several hundred pages, including affidavits and exhibits, and address issues of significant importance in the case requiring additional time to prepare adequate reply briefs. This is the first request for an extension of time addressed to the respective filings. Counsel for FHFA consents to the requested extensions.

      Defendants also respectfully request an enlargement of the page limitations set forth in D. Conn. L. Civ. R. (7)(d), from ten pages to twenty pages, for Defendants' Reply Brief. The requested enlargement is necessary in light of the length of FHFA's opposition papers (a thirty page memorandum of law, plus multiple affidavits and approximately 380 pages of exhibits), which address important issues that Defendants need to reply to in a level of detail that will require more than the default ten-page rule for reply briefs in this Court. Counsel for FHFA has said that it does not consent to this portion of the motion.

Dated: January 28, 2014
       Hartford, Connecticut

                                      Respectfully submitted,

By:    */s/ Timothy A. Diemand*
      Timothy A. Diemand (ct18075)
      Joseph M. Gillis (ct27665)
      WIGGIN AND DANA LLP
      One CityPlace
      185 Asylum Street
      Hartford, CT 06103
      Telephone: (860) 297-3700
      Facsimile: (860) 525-9380
      tdiemand@wiggin.com
      jgillis@wiggin.com

      Thomas C. Rice (*pro hac vice*)
      David J. Woll (*pro hac vice*)
      Alan Turner (*pro hac vice*)
      SIMPSON THACHER & BARTLETT LLP
      425 Lexington Avenue
      New York, New York 10017
      Telephone: (212) 455-2000
      Facsimile: (212) 455-2502
      trice@stblaw.com
      dwoll@stblaw.com
      aturner@stblaw.com

      Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify a copy of the foregoing Motion for Extension of Time was filed electronically on January 28, 2014. Notice of this filing will be sent by mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

*/s/ Timothy A. Diemand*
Timothy A. Diemand