UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| FEDERAL HOUSING FINANCE AGENCY, AS CONSERVATOR FOR THE FEDERAL NATIONAL MORTGAGE ASSOCIATION AND THE FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>                  Plaintiff,<br><br>-against-<br><br>THE ROYAL BANK OF SCOTLAND GROUP PLC; RBS HOLDINGS USA, INC.; RBS SECURITIES, INC. (f/k/a GREENWICH CAPITAL MARKETS, INC.); RBS FINANCIAL PRODUCTS, INC. (f/k/a GREENWICH CAPITAL FINANCIAL PRODUCTS, INC.), RBS ACCEPTANCE, INC. (f/k/a GREENWICH CAPITAL ACCEPTANCE, INC.); FINANCIAL ASSET SECURITIES CORP.; JOSEPH N. WALSH III; CAROL P. MATHIS; ROBERT J. MCGINNIS; JOHN C. ANDERSON; and JAMES M. ESPOSITO,<br><br>                  Defendants. | Case No. 3:11 Civ. 01383 (AWT)<br><br><br><br>January 29, 2014<br><br><br><br>**PLAINTIFF'S PARTIAL OPPOSITION TO DEFENDANTS' MOTION FOR EXTENSION OF TIME AND ENLARGEMENT OF PAGE LIMITS** |

QUINN EMANUEL URQUHART &
   SULLIVAN, LLP

Philippe Z. Selendy (phv05112)
Sascha N. Rand (phv05730)
Adam M. Abensohn (phv04996)
Jordan A. Goldstein (phv05182)
Marina E. Olevsky (phv06292)
51 Madison Avenue, 22nd Floor
New York, New York 10010-1601
Telephone: (212) 849-7000
Fax: (212) 849-7100
philippeselendy@quinnemanuel.com
sascharand@quinnemanuel.com
adamabensohn@quinnemanuel.com
jordangoldstein@quinnemanuel.com
marinaolevsky@quinnemanuel.com

SHIPMAN & GOODWIN LLP

Ross H. Garber (ct17689)
1 Constitution Plaza
Hartford, Connecticut 06103
Telephone: (860) 251-5000
Fax:  (860) 251-5099
rgarber@goodwin.com

*Attorneys for Plaintiff Federal Housing Finance Agency, as Conservator for the Federal National Mortgage Association and the Federal Home Loan Mortgage Corporation*

Plaintiff Federal Housing Finance Agency ("FHFA"), as Conservator for the Federal National Mortgage Association and the Federal Home Loan Mortgage Corporation, respectfully submits this memorandum of law, in partial opposition to Defendants' ("RBS") request for an Extension of Time and Enlargement of Page Limits (Dkt. 286) for its Reply in support of its Motion to Compel Single Family Discovery (Dkt. 254) (the "Reply").  FHFA opposes RBS's request for enlargement of page limits.

FHFA joins that portion of RBS's application requesting a seven-day extension of time for all parties to file their respective Reply memoranda in support of their pending motions; specifically, RBS's Motion to Compel Single Family Discovery (Dkt. 254) (the "Motion to Compel") (to be extended until February 7, 2014), FHFA's Motion for Protective Order (Dkt. 250) (to be extended until February 6, 2014), and FHFA's Motion to Quash (Dkt. 257) (to be extended until February 11, 2014).

However, FHFA opposes RBS's request that the page limit for RBS's Reply in support of its Motion to Compel be doubled to twenty pages.  The Motion to Compel concerns the issue of "single family" discovery, and the Court already has multiple motions and extensive briefing addressed to that very issue:

- In support of its Motion to Modify the Coordination Order (Dkt. 165), RBS filed a "Notice of Subsequent Authority," on November 1, 2013 (Dkt. 238), in which it argued that its proposed use of single family discovery warrants expansion of the deposition limits applicable in this Action;

- FHFA filed a Motion to Quash, on December 31, 2013 (Dkt. 257), in which it sought to preclude RBS from enforcing third party subpoenas seeking single family materials; RBS opposed that application, in a 17-page brief, on January 21, 2014 (Dkt. 275);

- FHFA filed a two-page Motion for a Protective Order, on December 19, 2013 (Dkt. 250), seeking to preclude RBS from introducing single family materials into discovery in this Action; RBS filed a "preliminary" four-page opposition to that motion, on December 20, 2013 (Dkt. 252), followed by a 17-page opposition on January 16, 2014 (Dkt. 265);

- RBS has filed a 25-page opening brief in support of its Motion to Compel, and, as it points out in its present application, "the parties' opening and opposing briefs total several hundred pages, including affidavits and exhibits."  Dkt. 286, at 2.

1

In light of these filings, RBS has already presented the Court with more than 65 pages of briefing on the single family issue across four motions, a total that will increase to 75 pages if RBS adheres to the rule-based ten page limit for its Reply on the Motion to Compel.  That ten-page limit, particularly when considered alongside the extensive motion practice and briefing already addressed to the single family issue, and the "optional" nature of a reply brief, should be deemed more than sufficient.[1]  *See* Local Rule 7(d) ("Reply briefs are not required and the absence of a reply brief will not prejudice the moving party.").  *See also Am. Lines, LLC v. CIC Ins. Co., A.V.V., S.A.*, 2004 WL 2381717, at *7 (D. Conn. Sept. 30, 2004) ("The Local Rules are not merely … suggestions of this court; they make up the framework within which cases are decided in this district…. While the court can envision a situation where there is a need to waive the ten-page limit on reply briefs, . . . the court would not ordinarily be inclined to do so . . . . [If p]arties . . . cannot prove [their argument within the page limit], perhaps the argument is not as meritorious as first believed.").

## CONCLUSION

RBS has addressed the single family issue in four pending motions already totaling 65 pages, and RBS's application to double the page limit for its Reply is unnecessary and an imposition on the Court.  FHFA therefore respectfully requests that the application to enlarge the page limits of RBS's Reply be denied.

---

[1] The single family issue was also briefed extensively before Judge Cote in New York, who, in multiple rulings over the last 18 months, has rejected the identical relief RBS pursues here. *See, e.g., FHFA v UBS Ams. Inc.*, 11 Civ. 5201 (DLC), 2013 WL 3284118 (S.D.N.Y. June 28, 2013); *FHFA v. JPMorgan Chase & Co.*, 11 Civ. 6188 (DLC), 2013 WL 5354212, (S.D.N.Y. Sept. 25, 2013) (denying reconsideration).  Moreover, this is not the only issue that RBS has sought to re-litigate.  As detailed in FHFA's Opposition to RBS's Motion to Compel (Dkt. 268), the Court now has pending at least seven motions involving efforts by RBS to un-do the "discovery parameters and limitations" this Court implemented through its coordination order on November 1, 2012 (Dkt. 91 at 6).  (*See, e.g.,* Dkt. 145, Dkt. 155, Dkt. 165, Dkt. 206, Dkt. 250, Dkt. 254, Dkt. 257).  This proliferation of duplicative motion practice has imposed substantial burdens on the Court, and RBS's application for a page extension would only exacerbate the problem.

DATED:   January 29, 2014
         Hartford, Connecticut

FEDERAL HOUSING FINANCE AGENCY, AS CONSERVATOR FOR THE FEDERAL NATIONAL MORTGAGE ASSOCIATION AND THE FEDERAL HOME LOAN MORTGAGE CORPORATION

QUINN EMANUEL URQUHART & SULLIVAN, LLP

Philippe Z. Selendy (phv05112)
Sascha N. Rand (phv05730)
Adam M. Abensohn (phv04996)
Jordan A. Goldstein (phv05182)
Marina E. Olevsky (phv06292)
51 Madison Avenue, 22nd Floor
New York, New York 10010-1601
Telephone: (212) 849-7000
Fax: (212) 849-7100
philippeselendy@quinnemanuel.com
sascharand@quinnemanuel.com
adamabensohn@quinnemanuel.com
jordangoldstein@quinnemanuel.com
marinaolevsky@quinnemanuel.com

By:   /s/ Ross H. Garber
      Ross H. Garber
      Fed. Bar No. ct17689
      SHIPMAN & GOODWIN LLP
      1 Constitution Plaza
      Hartford, Connecticut 06103
      Telephone: (860) 251-5000
      Fax:  (860) 251-5099
      rgarber@goodwin.com

## CERTIFICATION OF SERVICE

I hereby certify that on January 29, 2014, a copy of the foregoing was filed electronically and sent by electronic mail to all parties, including the individuals listed below, by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

Thomas C. Rice
David J. Woll
Alan C. Turner
Craig S. Waldman
Kimberly A. Hamm
Leigh Wasserstrom
Sarah L. Eichenberger
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
212-455-2216
212-455-2502 (fax)

Timothy Andrew Diemand
Joseph M. Gillis
WIGGIN & DANA
One CityPlace
185 Asylum St. Floor 34
Hartford, CT 06103
860-297-3738
860-525-9380 (fax)

*Counsel to Defendants*

By:      /s/ Ross H. Garber