**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| FEDERAL HOUSING FINANCE AGENCY, AS CONSERVATOR FOR THE FEDERAL NATIONAL MORTGAGE ASSOCIATION AND THE FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>Plaintiff,<br><br>-against-<br><br>THE ROYAL BANK OF SCOTLAND GROUP PLC; RBS HOLDINGS USA, INC.; RBS SECURITIES, INC. (f/k/a GREENWICH CAPITAL MARKETS, INC.); RBS FINANCIAL PRODUCTS, INC. (f/k/a GREENWICH CAPITAL FINANCIAL PRODUCTS, INC.), RBS ACCEPTANCE, INC. (f/k/a GREENWICH CAPITAL ACCEPTANCE, INC.); FINANCIAL ASSET SECURITIES CORP.; JOSEPH N. WALSH III; CAROL P. MATHIS; ROBERT J. MCGINNIS; JOHN C. ANDERSON; and JAMES M. ESPOSITO,<br><br>Defendants. | Case No. 3:11-cv-01383-AWT<br><br>January 29, 2014 |

## REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF DEFENDANTS' MOTION FOR ENLARGEMENT OF PAGE LIMITS REGARDING REPLY BRIEF IN SUPPORT OF MOTION TO COMPEL

The RBS Defendants respectfully submit this reply memorandum of law in further support of their Motion for Enlargement of Page Limits Regarding Reply Brief in Support of Motion to Compel. *See* Dkt. # 286. The RBS Defendants seek an enlargement of the page limits set forth in D. Conn. L. Civ. R. 7(d), from ten pages to twenty pages, to address the lengthy arguments FHFA made in its memorandum of law and supporting documents in opposition to the RBS Defendants' Motion to Compel. FHFA opposes the RBS Defendants' request on the grounds that the RBS Defendants' Motion to Compel relates to "Single Family" discovery that is also generally at issue in certain other pending motions. *See* Dkt. # 287. FHFA contends that

ten pages "should be deemed more than sufficient" for the RBS Defendants to respond to FHFA's opposition.  *Id*. at 2.

FHFA's contention is without merit.  The other motions described by FHFA are topically related to "Single Family" discovery, but raise other issues, including whether certain non-party subpoenas should be quashed and whether FHFA has standing to seek such an order, and whether the RBS Defendants should be precluded from using in this action other documents that are legitimately coming into their possession in another action.  The RBS Defendants reasonably believe that ten pages is insufficient to properly reply to the arguments raised by FHFA in opposition to the Motion to Compel, particularly in light of the importance of the motion to the continuing conduct of this litigation; the briefing on other motions does not change the RBS Defendants' need for an extension of the page limit.

FHFA's opposition to the requested page limit extension is a continuation of FHFA's strategy to block seemingly at any cost the RBS Defendants from obtaining relevant Single Family discovery.  This is a strategy FHFA is following in other courts, as fully detailed by Countrywide in a filing yesterday in *FHFA v. Countrywide Financial Corp.,* Case No. 11-ML-02265-MRP (C.D. Cal.).  (*See* Countrywide's Request for Telephonic Conference to Address FHFA's Continued Failure to Comply with the Court's October 31, 2013 Order to Produce Single Family and SEC Documents, *FHFA v. Countrywide Financial Corp.,* Case No. 11-ML-02265-MRP (MANx) (C.D. Cal. Jan. 28, 2014), attached hereto as Exhibit A.)  Among other things, Countrywide's counsel demonstrates FHFA's "continuing failure to comply with the Court's October 31, 2013 Order compelling FHFA to produce Single Family and SEC Documents" and FHFA's "unilateral decision" to omit custodians and search terms in a manner that "artificially truncated [the] universe of Single Family Documents."  (Ex. A at 1-2, 4.)

## **CONCLUSION**

The RBS Defendants respectfully request that the Court grant its request for an enlargement of page limits on their reply brief, from ten pages to twenty pages, so that the RBS Defendants may fairly address the important issues raised by the motion.

Dated: January 29, 2014
Hartford, Connecticut

Respectfully submitted,

By: ___/s/ Alan Turner___
Timothy A. Diemand (ct18075)
Joseph M. Gillis (ct27665)
WIGGIN AND DANA LLP
One CityPlace
185 Asylum Street
Hartford, CT 06103
Telephone: (860) 297-3700
Facsimile: (860) 525-9380
tdiemand@wiggin.com
jgillis@wiggin.com

Thomas C. Rice (*pro hac vice*)
David J. Woll (*pro hac vice*)
Andrew T. Frankel (*pro hac vice* pending)
Alan Turner (*pro hac vice*)
Craig S. Waldman (*Pro hac vice*)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2502
trice@stblaw.com
dwoll@stblaw.com
afrankel@stblaw.com
aturner@stblaw.com
cwaldman@stblaw.com

Attorneys for Defendants

**CERTIFICATE OF SERVICE**

     I hereby certify a copy of the foregoing Reply in Further Support of Motion for Enlargement of Page Limits Regarding Reply Brief in Support of Motion to Compel was filed electronically on January 29, 2014. Notice of this filing will be sent by mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

                                                              */s/ Alan Turner*
                                                              Alan Turner