IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| FEDERAL HOUSING FINANCE AGENCY, AS CONSERVATOR FOR THE FEDERAL NATIONAL MORTGAGE ASSOCIATION AND THE FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>                            Plaintiff,<br><br>              -against-<br><br>THE ROYAL BANK OF SCOTLAND GROUP PLC; RBS HOLDINGS USA INC.; RBS SECURITIES INC. (f/k/a GREENWICH CAPITAL MARKETS, INC.); RBS FINANCIAL PRODUCTS INC. (f/k/a GREENWICH CAPITAL FINANCIAL PRODUCTS, INC.), RBS ACCEPTANCE INC. (f/k/a GREENWICH CAPITAL ACCEPTANCE, INC.); FINANCIAL ASSET SECURITIES CORP.; JOSEPH N. WALSH III; CAROL P. MATHIS; ROBERT J. MCGINNIS; JOHN C. ANDERSON; and JAMES M. ESPOSITO,<br><br>                            Defendants. | Case No. 3:11-cv-01383-AWT<br><br>February 7, 2014 |

**MOTION TO SEAL DEFENDANTS' REPLY MEMORANDUM OF LAW IN SUPPORT OF MOTION TO COMPEL FHFA TO PRODUCE "SINGLE FAMILY" DOCUMENTS IN RESPONSE TO DEFENDANTS' FIRST REQUEST FOR PRODUCTION AND EXHIBITS WW, YY-CCC, AND EEE-HHH THERETO**

       Defendants in this Action (collectively, the "Defendants"), hereby move this Court pursuant to Local Rule 5(e)(4)(a), for an Order granting Defendants leave to file under seal their Reply Memorandum Of Law In Further Support Of Motion To Compel FHFA To Produce "Single Family" Documents In Response To Defendants' First Request For Production (the "Reply") and Exhibits WW, YY-CCC, and EEE-HHH thereto (the "Sealed Documents"). The Sealed Documents comprise and include confidential and proprietary business information

1

produced by Plaintiff, the Federal Housing Finance Agency, in this Action and in *FHFA v. Countrywide Financial Corp.*, No. CV 12-1059 (MRP)(MAN) (C.D. Cal.) (the "Countrywide Action"). Pursuant to the Protective Order in this case entered on January 29, 2013 and the Protective Order in the Countrywide Action entered on August 5, 2013, Plaintiff has designated these documents as confidential on the basis that they contain sensitive information regarding the Federal National Mortgage Association's and the Federal Home Loan Mortgage Corporation's business practices. *See FHFA v. Countrywide Fin. Corp.*, No. CV 12-1059 (MRP)(MAN), Dkt. 281 (C.D. Cal. Aug. 5, 2013).

       The Defendants have electronically filed a redacted version of the Reply and each of the Sealed Documents and unredacted paper copies of the Reply and the Sealed Documents will be filed with the Court on February 10, 2014.

WHEREFORE, the Defendants respectfully request the Court grant the relief requested herein.

>Respectfully submitted,
>
>/s/ Timothy A. Diemand
>Timothy A. Diemand (ct18075)
>Joseph M. Gillis (ct27665)
>WIGGIN AND DANA LLP
>One CityPlace
>185 Asylum Street
>Hartford, CT 06103
>Telephone: (860) 297-3700
>Facsimile: (860) 525-9380
>tdiemand@wiggin.com
>jgillis@wiggin.com
>
>Thomas C. Rice (*pro hac vice*)
>David J. Woll (*pro hac vice*)
>Andrew T. Frankel (*pro hac vice* pending)
>Alan Turner (*pro hac vice*)
>Craig S. Waldman (*pro hac vice*)
>SIMPSON THACHER & BARTLETT LLP
>425 Lexington Avenue
>New York, New York 10017
>Telephone: (212) 455-2000
>Facsimile: (212) 455-2502
>trice@stblaw.com
>dwoll@stblaw.com
>afrankel@stblaw.com
>aturner@stblaw.com
>cwaldman@stblaw.com
>
>*Attorneys for Defendants*

| | |
|---|---|
| FEDERAL HOUSING FINANCE AGENCY, AS CONSERVATOR FOR THE FEDERAL NATIONAL MORTGAGE ASSOCIATION AND THE FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>                    Plaintiff,<br><br>          -against-<br><br>THE ROYAL BANK OF SCOTLAND GROUP PLC; RBS HOLDINGS USA INC.; RBS SECURITIES INC. (f/k/a GREENWICH CAPITAL MARKETS, INC.); RBS FINANCIAL PRODUCTS INC. (f/k/a GREENWICH CAPITAL FINANCIAL PRODUCTS, INC.), RBS ACCEPTANCE INC. (f/k/a GREENWICH CAPITAL ACCEPTANCE, INC.); FINANCIAL ASSET SECURITIES CORP.; JOSEPH N. WALSH III; CAROL P. MATHIS; ROBERT J. MCGINNIS; JOHN C. ANDERSON; and JAMES M. ESPOSITO,<br><br>                    Defendants. | Case No. 3:11-cv-01383-AWT<br><br>**February 7, 2014** |

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2014, a copy of the foregoing Motion to Seal Defendants' Reply Memorandum Of Law In Further Support Of Motion To Compel FHFA To Produce "Single Family" Documents In Response To Defendants' First Request For Production and Exhibits WW, YY-CCC, and EEE-HHH thereto was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

        /s/ Timothy A. Diemand
        Timothy A. Diemand (ct18075)
        WIGGIN AND DANA LLP
        One CityPlace
        185 Asylum Street
        Hartford, CT 06103
        Telephone: (860) 297-3700
        Facsimile: (860) 525-9380
        tdiemand@wiggin.com

| | |
|---|---|
| FEDERAL HOUSING FINANCE AGENCY, AS CONSERVATOR FOR THE FEDERAL NATIONAL MORTGAGE ASSOCIATION AND THE FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>       Plaintiff,<br><br>   -against-<br><br>THE ROYAL BANK OF SCOTLAND GROUP PLC; RBS HOLDINGS USA INC.; RBS SECURITIES INC. (f/k/a GREENWICH CAPITAL MARKETS, INC.); RBS FINANCIAL PRODUCTS INC. (f/k/a GREENWICH CAPITAL FINANCIAL PRODUCTS, INC.), RBS ACCEPTANCE INC. (f/k/a GREENWICH CAPITAL ACCEPTANCE, INC.); FINANCIAL ASSET SECURITIES CORP.; JOSEPH N. WALSH III; CAROL P. MATHIS; ROBERT J. MCGINNIS; JOHN C. ANDERSON; and JAMES M. ESPOSITO,<br><br>       Defendants. | Case No. 3:11-cv-01383-AWT<br><br>**February 7, 2014** |

## NOTICE OF MANUAL FILING

  PLEASE TAKE NOTICE THAT the RBS Defendants will manually file unredacted versions Defendants' Reply Memorandum Of Law In Further Support Of Motion To Compel FHFA To Produce "Single Family" Documents In Response To Defendants' First Request For Production and Exhibits WW, YY-CCC, and EEE-HHH thereto on February 10, 2014.

These documents have been filed under seal pursuant to the Local Rules of Civil Procedure. These documents will be manually served on all parties.

THE RBS DEFENDANTS

By: /s/ Timothy A. Diemand
Timothy A. Diemand (ct18075)
Joseph M. Gillis (ct27665)
WIGGIN AND DANA LLP
One CityPlace
185 Asylum Street
Hartford, CT 06103
Telephone: (860) 297-3700
Facsimile: (860) 525-9380
tdiemand@wiggin.com
jgillis@wiggin.com

Thomas C. Rice (*pro hac vice*)
David J. Woll (*pro hac vice*)
Andrew T. Frankel (*pro hac vice* pending)
Alan Turner (*pro hac vice*)
Craig S. Waldman (*pro hac vice*)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2502
trice@stblaw.com
dwoll@stblaw.com
afrankel@stblaw.com
aturner@stblaw.com
cwaldman@stblaw.com

*Attorneys for Defendants*

| | |
|---|---|
| FEDERAL HOUSING FINANCE AGENCY, AS CONSERVATOR FOR THE FEDERAL NATIONAL MORTGAGE ASSOCIATION AND THE FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>       Plaintiff,<br><br>   -against-<br><br>THE ROYAL BANK OF SCOTLAND GROUP PLC; RBS HOLDINGS USA INC.; RBS SECURITIES INC. (f/k/a GREENWICH CAPITAL MARKETS, INC.); RBS FINANCIAL PRODUCTS INC. (f/k/a GREENWICH CAPITAL FINANCIAL PRODUCTS, INC.), RBS ACCEPTANCE INC. (f/k/a GREENWICH CAPITAL ACCEPTANCE, INC.); FINANCIAL ASSET SECURITIES CORP.; JOSEPH N. WALSH III; CAROL P. MATHIS; ROBERT J. MCGINNIS; JOHN C. ANDERSON; and JAMES M. ESPOSITO,<br><br>       Defendants. | Case No. 3:11-cv-01383-AWT<br><br>**February 7, 2014** |

## **CERTIFICATE OF SERVICE**

   I hereby certify that on February 7, 2014, a copy of the foregoing Notice of Manual Filing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

/s/ Timothy A. Diemand
Timothy A. Diemand (ct18075)
WIGGIN AND DANA LLP
One CityPlace
185 Asylum Street
Hartford, CT 06103
Telephone: (860) 297-3700
Facsimile: (860) 525-9380
tdiemand@wiggin.com

Case 3:11-cv-01383-AWT   Document 295   Filed 02/07/14   Page 9 of 9