**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| FEDERAL HOUSING FINANCE AGENCY, AS CONSERVATOR FOR THE FEDERAL NATIONAL MORTGAGE ASSOCIATION AND THE FEDERAL HOME LOAN MORTGAGE CORPORATION, | |
| Plaintiff, | |
| -against- | Case No. 3:11-cv-01383-AWT |
| THE ROYAL BANK OF SCOTLAND GROUP PLC; RBS HOLDINGS USA INC.; RBS SECURITIES INC. (f/k/a GREENWICH CAPITAL MARKETS, INC.); RBS FINANCIAL PRODUCTS INC. (f/k/a GREENWICH CAPITAL FINANCIAL PRODUCTS, INC.); RBS ACCEPTANCE INC. (f/k/a GREENWICH CAPITAL ACCEPTANCE, INC.); FINANCIAL ASSET SECURITIES CORP.; JOSEPH N. WALSH III; CAROL P. MATHIS; ROBERT J. MCGINNIS; JOHN C. ANDERSON; and JAMES M. ESPOSITO, | May 5, 2014 |
| | **ORAL ARGUMENT REQUESTED** |
| Defendants. | |

**DEFENDANTS' MOTION TO COMPEL FHFA TO SEARCH AND PRODUCE**
**RESPONSIVE DOCUMENTS FROM THE FILES OF**
**SEVEN ADDITIONAL CUSTODIANS**

Defendants in the above captioned Action (collectively, "RBS") respectfully move to compel Plaintiff FHFA to search the files of seven additional Freddie Mac and Fannie Mae custodians and produce any responsive documents from those files. A memorandum of law accompanies this Motion.

WHEREFORE, RBS respectfully request that the Court grant this Motion.

Dated: May 5, 2014
         Hartford, Connecticut

                              Respectfully submitted,

                    By:    _____/s/ Timothy A. Diemand_____
                           Timothy A. Diemand (ct18075)
                           WIGGIN AND DANA LLP
                           One CityPlace
                           185 Asylum Street
                           Hartford, CT 06103
                           Telephone: (860) 297-3700
                           Facsimile: (860) 525-9380
                           tdiemand@wiggin.com

                           Thomas C. Rice (*pro hac vice*)
                           David J. Woll (*pro hac vice*)
                           Alan Turner (*pro hac vice*)
                           Andrew T. Frankel (*pro hac vice*)
                           Craig S. Waldman (*pro hac vice*)
                           SIMPSON THACHER & BARTLETT LLP
                           425 Lexington Avenue
                           New York, New York 10017
                           Telephone: (212) 455-2000
                           Facsimile: (212) 455-2502
                           trice@stblaw.com
                           dwoll@stblaw.com
                           aturner@stblaw.com
                           afrankel@stblaw.com
                           cwaldman@stblaw.com

                           *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Defendants' Motion To Compel FHFA To Search And Produce Responsive Documents From The Files Of Seven Additional Custodians was filed electronically on May 5, 2014.  Notice of this filing will be sent by mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing.  Parties may access this filing through the Court's system.


  */s/ Timothy A. Diemand*
  Timothy A. Diemand