United States District Court
District of Connecticut

```
---------------------------------x
FEDERAL HOUSING FINANCE AGENCY,  :
AS CONSERVATOR FOR THE FEDERAL   :
NATIONAL MORTGAGE ASSOCIATION    :
AND THE FEDERAL HOME LOAN        :
MORTGAGE CORPORATION,            :
                                 :
            Plaintiff,           :
                                 :
v.                               :    CIVIL NO. 3:11CV1383(AWT)
                                 :
THE ROYAL BANK OF SCOTLAND       :
GROUP PLC; RBS HOLDINGS USA,     :
INC.; RBS SECURITIES, INC.       :
(f/k/a GREENWICH CAPITAL         :
MARKETS, INC.); RBS FINANCIAL    :
PRODUCTS, INC. (f/k/a            :
GREENWICH CAPITAL FINANCIAL      :
PRODUCTS, INC.), RBS ACCEPTANCE,:
INC. (f/k/a GREENWICH CAPITAL    :
ACCEPTANCE, INC.); FINANCIAL     :
ASSET SECURITIES CORP.; JOSEPH   :
N. WALSH III; CAROL P. MATHIS;   :
ROBERT J. MCGINNIS; JOHN C.      :
ANDERSON; and JAMES M. ESPOSITO,:
                                 :
            Defendants.          :
---------------------------------x
```

## ORDER

Pursuant to the parties' Joint Motion to Modify Discovery Schedule (Doc. No. 396), the court modifies the discovery schedule in this Action as set forth below. In the event the court issues any orders after today's date directing additional discovery, the parties will meet and confer to address whether such order warrants further modification to the discovery schedule.

1

| Action | Deadline |
|---|---|
| Substantial completion of production by RBS of unredacted non-privileged documents (Dkts. 364, 382) | **August 1, 2014** |
| Substantial completion of all remaining document productions, including those ordered pursuant to the court's May 13, 2014 order (Dkt. 372) | **August 22, 2014** (with rolling productions at approximately 15-day intervals commencing on or about June 27, 2014) |
| Substantial completion of production of loan files and guidelines | **August 29, 2014** (produced on a rolling basis) |
| Completion of all fact depositions/discovery | **December 19, 2014** |
| FHFA serves its reunderwriting report | **December 23, 2014** |
| Parties serve non-reunderwriting reports on issues for which the parties bear the burden of proof | **March 12, 2015** |
| Parties serve non-reunderwriting rebuttal reports | **June 30, 2015** |
| RBS serves its rebuttal reunderwriting report | **July 15, 2015** |
| Expert discovery closes | **September 25, 2015** |

It is so ordered.

Signed this 27th day of June 2014, at Hartford, Connecticut.

                                                  /s/  
                                                  Alvin W. Thompson  
                                      United States District Judge