United States District Court
District of Connecticut

```
---------------------------------x
FEDERAL HOUSING FINANCE AGENCY,  :
AS CONSERVATOR FOR THE FEDERAL   :
NATIONAL MORTGAGE ASSOCIATION    :
AND THE FEDERAL HOME LOAN        :
MORTGAGE CORPORATION,            :
                                 :
               Plaintiff,        :
                                 :
v.                               :    CIVIL NO. 3:11CV1383(AWT)
                                 :
THE ROYAL BANK OF SCOTLAND       :
GROUP PLC; RBS HOLDINGS USA,     :
INC.; RBS SECURITIES, INC.       :
(f/k/a GREENWICH CAPITAL         :
MARKETS, INC.); RBS FINANCIAL    :
PRODUCTS, INC. (f/k/a            :
GREENWICH CAPITAL FINANCIAL      :
PRODUCTS, INC.), RBS ACCEPTANCE,:
INC. (f/k/a GREENWICH CAPITAL    :
ACCEPTANCE, INC.); FINANCIAL     :
ASSET SECURITIES CORP.; JOSEPH   :
N. WALSH III; CAROL P. MATHIS;   :
ROBERT J. MCGINNIS; JOHN C.      :
ANDERSON; and JAMES M. ESPOSITO,:
                                 :
               Defendants.       :
---------------------------------x
```

**MODIFICATION TO SCHEDULING ORDER**

    Pursuant to the parties' Joint Motion and Order to Modify the Discovery Schedule (Doc. No. 504), the court revises the discovery schedule in this action as set forth below.  Should the court enter any orders directing or allowing additional discovery, the parties will meet and confer on whether further modifications to the discovery schedule are appropriate.

| Action | Deadline |
|---|---|
| Completion of fact depositions/discovery | December 19, 2014 – For all party discovery, except for depositions that have already been noticed.<br><br>January 30, 2015 – For all party depositions that have already been noticed, and for all non-party discovery. |
| FHFA serves its reunderwriting report | March 31, 2015 |
| Parties serve non-reunderwriting reports on issues for which the parties bear the burden of proof | June 15, 2015 |
| Parties serve non-reunderwriting rebuttal reports | October 15, 2015 |
| RBS serves its rebuttal reunderwriting report | December 31, 2015 |
| Expert discovery closes | March 31, 2016 |

It is so ordered.

Signed this 22nd day of December 2014, at Hartford, Connecticut.

                                          /s/
                                 Alvin W. Thompson
                     United States District Judge