United States District Court
District of Connecticut

```
--------------------------------x
FEDERAL HOUSING FINANCE AGENCY, :
AS CONSERVATOR FOR THE FEDERAL  :
NATIONAL MORTGAGE ASSOCIATION   :
AND THE FEDERAL HOME LOAN       :
MORTGAGE CORPORATION,           :
                                :
            Plaintiff,          :
                                :
v.                              :   CIVIL NO. 3:11CV1383(AWT)
                                :
THE ROYAL BANK OF SCOTLAND      :
GROUP PLC; RBS HOLDINGS USA,    :
INC.; RBS SECURITIES, INC.      :
(f/k/a GREENWICH CAPITAL        :
MARKETS, INC.); RBS FINANCIAL   :
PRODUCTS, INC. (f/k/a           :
GREENWICH CAPITAL FINANCIAL     :
PRODUCTS, INC.), RBS ACCEPTANCE,:
INC. (f/k/a GREENWICH CAPITAL   :
ACCEPTANCE, INC.); FINANCIAL    :
ASSET SECURITIES CORP.; JOSEPH  :
N. WALSH III; CAROL P. MATHIS;  :
ROBERT J. MCGINNIS; JOHN C.     :
ANDERSON; and JAMES M. ESPOSITO,:
                                :
            Defendants.         :
--------------------------------x
```

**MODIFICATION TO EXPERT DISCOVERY SCHEDULING ORDER**

Pursuant to the parties' Joint Motion and Order to Modify the Expert Discovery Schedule (Doc. No. 551), the court revises the expert discovery schedule in this action as set forth below. Should the court enter any orders directing or allowing additional discovery, the parties will meet and confer on whether further modifications to the discovery schedule are appropriate.

1

| Action | Deadline |
|---|---|
| FHFA serves its reunderwriting report | May 26, 2015 |
| Parties serve non-reunderwriting reports on issues for which the parties bear the burden of proof | September 25, 2015 |
| Parties serve non-reunderwriting rebuttal reports on issues for which the parties do not bear the burden of proof | January 25, 2016 |
| RBS serves its rebuttal reunderwriting report | April 25, 2016 |
| Expert discovery closes | July 22, 2016 |

It is so ordered.

Signed this 3rd day of March 2015, at Hartford, Connecticut.

/s/
Alvin W. Thompson
United States District Judge

2