IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| FEDERAL HOUSING FINANCE AGENCY, AS CONSERVATOR FOR THE FEDERAL NATIONAL MORTGAGE ASSOCIATION AND THE FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　-against-<br><br>THE ROYAL BANK OF SCOTLAND GROUP PLC; RBS HOLDINGS USA INC.; RBS SECURITIES INC. (f/k/a GREENWICH CAPITAL MARKETS, INC.); RBS FINANCIAL PRODUCTS INC. (f/k/a GREENWICH CAPITAL FINANCIAL PRODUCTS, INC.); RBS ACCEPTANCE INC. (f/k/a GREENWICH CAPITAL ACCEPTANCE, INC.); FINANCIAL ASSET SECURITIES CORP.; JOSEPH N. WALSH III; CAROL P. MATHIS; ROBERT J. MCGINNIS; JOHN C. ANDERSON; and JAMES M. ESPOSITO,<br><br>　　　　　　　　　　Defendants. | Case No. 3:11-cv-01383-AWT<br><br>March 6, 2015 |

**MOTION TO SEAL DEFENDANTS' OPPOSITION TO PLAINTIFF'S FIFTH MOTION TO COMPEL DISCOVERY AND EXHIBITS 2, 5, 6, 8, 11, 21, 23, 24, 26-59 THERETO**

Defendants in this Action (collectively, "RBS"), hereby move this Court pursuant to Local Rule 5(e)(4)(a), for an Order granting RBS leave to file under seal Defendants' Opposition to Plaintiff's Fifth Motion to Compel Discovery and Exhibits 2, 5, 6, 8, 11, 21, 23, 24, 26-59 thereto (the "Sealed Documents"). The Sealed Documents comprise and include confidential or highly confidential information pertaining to or produced by RBS and/or Plaintiff Federal Housing Finance Agency ("FHFA") in the coordinated actions. Pursuant to the Stipulated

1

Protective Order in this case dated August 6, 2013, and the Stipulated Protective Order entered in *FHFA v. Nomura Holding America Inc.*, 11 Civ. 6201 (DLC) dated January 11, 2013, the parties have designated these documents, or certain of the documents quoted or referenced therein, as confidential or highly confidential.  RBS respectfully requests that the Court grant leave to file these documents under seal.  Unredacted copies of the Sealed Documents will be filed with the Court on March 9, 2015 and will be served on all parties.

WHEREFORE, RBS respectfully requests the Court grant the relief requested herein.

Dated: March 6, 2015
      Hartford, Connecticut

Respectfully submitted,


By: /s/ Matthew C. Brown

Timothy A. Diemand (ct18075)
Matthew C. Brown (ct28331)
WIGGIN AND DANA LLP
20 Church Street
One Century Tower
New Haven, CT 06508
Telephone: (860) 297-3700
Facsimile: (860) 525-9380
tdiemand@wiggin.com
mbrown@wiggin.com

Thomas C. Rice (*pro hac vice*)
David J. Woll (*pro hac vice*)
Andrew T. Frankel (*pro hac vice*)
Alan Turner (*pro hac vice*)
Craig S. Waldman (*pro hac vice*)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2502
trice@stblaw.com
dwoll@stblaw.com
afrankel@stblaw.com
aturner@stblaw.com
cwaldman@stblaw.com

*Attorneys for Defendants*

| | |
|---|---|
| FEDERAL HOUSING FINANCE AGENCY, AS CONSERVATOR FOR THE FEDERAL NATIONAL MORTGAGE ASSOCIATION AND THE FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>                    Plaintiff,<br><br>              -against-<br><br>THE ROYAL BANK OF SCOTLAND GROUP PLC; RBS HOLDINGS USA INC.; RBS SECURITIES INC. (f/k/a GREENWICH CAPITAL MARKETS, INC.); RBS FINANCIAL PRODUCTS INC. (f/k/a GREENWICH CAPITAL FINANCIAL PRODUCTS, INC.); RBS ACCEPTANCE INC. (f/k/a GREENWICH CAPITAL ACCEPTANCE, INC.); FINANCIAL ASSET SECURITIES CORP.; JOSEPH N. WALSH III; CAROL P. MATHIS; ROBERT J. MCGINNIS; JOHN C. ANDERSON; and JAMES M. ESPOSITO,<br><br>                    Defendants. | Case No. 3:11-cv-01383-AWT<br><br>March 6, 2015 |

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2015 a copy of the foregoing Motion to Seal Defendants' Opposition to Plaintiff FHFA's Fifth Motion to Compel Discovery and Exhibits 2, 5, 6, 8, 11, 21, 23, 24, 26-59 were filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF system.

By: /s/ Matthew C. Brown

Timothy A. Diemand (ct18075)
Matthew C. Brown (ct28331)
WIGGIN AND DANA LLP
20 Church Street
One Century Tower
New Haven, CT 06508
Telephone: (860) 297-3700
Facsimile: (860) 525-9380
tdiemand@wiggin.com
mbrown@wiggin.com

| | |
|---|---|
| FEDERAL HOUSING FINANCE AGENCY, AS CONSERVATOR FOR THE FEDERAL NATIONAL MORTGAGE ASSOCIATION AND THE FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>                              Plaintiff,<br><br>             -against-<br><br>THE ROYAL BANK OF SCOTLAND GROUP PLC; RBS HOLDINGS USA INC.; RBS SECURITIES INC. (f/k/a GREENWICH CAPITAL MARKETS, INC.); RBS FINANCIAL PRODUCTS INC. (f/k/a GREENWICH CAPITAL FINANCIAL PRODUCTS, INC.); RBS ACCEPTANCE INC. (f/k/a GREENWICH CAPITAL ACCEPTANCE, INC.); FINANCIAL ASSET SECURITIES CORP.; JOSEPH N. WALSH III; CAROL P. MATHIS; ROBERT J. MCGINNIS; JOHN C. ANDERSON; and JAMES M. ESPOSITO,<br><br>                              Defendants. | Case No. 3:11-cv-01383-AWT<br><br>March 6, 2015 |

## NOTICE OF MANUAL FILING

PLEASE TAKE NOTICE THAT RBS will manually file unredacted versions of Defendants' Opposition to Plaintiff FHFA's Fifth Motion to Compel Discovery and Exhibits 2, 5, 6, 8, 11, 21, 23, 24, 26-59 on March 9, 2015.  These documents have been filed under seal pursuant to the Local Rules of Civil Procedure.  Unredacted versions will be served on all parties.

THE RBS DEFENDANTS


By: /s/ Matthew C. Brown

    Timothy A. Diemand (ct18075)
    Matthew C. Brown (ct28331)
    WIGGIN AND DANA LLP
    20 Church Street
    One Century Tower
    New Haven, CT 06508
    Telephone: (860) 297-3700
    Facsimile: (860) 525-9380
    tdiemand@wiggin.com
    mbrown@wiggin.com

    Thomas C. Rice (*pro hac vice*)
    David J. Woll (*pro hac vice*)
    Andrew T. Frankel (*pro hac vice*)
    Alan Turner (*pro hac vice*)
    Craig S. Waldman (*pro hac vice*)
    SIMPSON THACHER & BARTLETT LLP
    425 Lexington Avenue
    New York, New York 10017
    Telephone: (212) 455-2000
    Facsimile: (212) 455-2502
    trice@stblaw.com
    dwoll@stblaw.com
    afrankel@stblaw.com
    aturner@stblaw.com
    cwaldman@stblaw.com

    *Attorneys for Defendants*

| | |
|---|---|
| FEDERAL HOUSING FINANCE AGENCY, AS CONSERVATOR FOR THE FEDERAL NATIONAL MORTGAGE ASSOCIATION AND THE FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>       Plaintiff,<br><br>   -against-<br><br>THE ROYAL BANK OF SCOTLAND GROUP PLC; RBS HOLDINGS USA INC.; RBS SECURITIES INC. (f/k/a GREENWICH CAPITAL MARKETS, INC.); RBS FINANCIAL PRODUCTS INC. (f/k/a GREENWICH CAPITAL FINANCIAL PRODUCTS, INC.); RBS ACCEPTANCE INC. (f/k/a GREENWICH CAPITAL ACCEPTANCE, INC.); FINANCIAL ASSET SECURITIES CORP.; JOSEPH N. WALSH III; CAROL P. MATHIS; ROBERT J. MCGINNIS; JOHN C. ANDERSON; and JAMES M. ESPOSITO,<br><br>       Defendants. | Case No. 3:11-cv-01383-AWT<br><br>March 6, 2015 |

## CERTIFICATE OF SERVICE

  I hereby certify that on March 6, 2015 a copy of the foregoing Notice of Manual Filing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

By: /s/ Matthew C. Brown

Timothy A. Diemand (ct18075)
Matthew C. Brown (ct28331)
WIGGIN AND DANA LLP
20 Church Street
One Century Tower
New Haven, CT 06508
Telephone: (860) 297-3700
Facsimile: (860) 525-9380
tdiemand@wiggin.com
mbrown@wiggin.com