UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| FEDERAL HOUSING FINANCE AGENCY, AS CONSERVATOR FOR THE FEDERAL NATIONAL MORTGAGE ASSOCIATION AND THE FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>                              Plaintiff,<br><br>-against-<br><br>THE ROYAL BANK OF SCOTLAND GROUP PLC; RBS HOLDINGS USA, INC.; RBS SECURITIES, INC. (f/k/a GREENWICH CAPITAL MARKETS, INC.); RBS FINANCIAL PRODUCTS, INC. (f/k/a GREENWICH CAPITAL FINANCIAL PRODUCTS, INC.), RBS ACCEPTANCE, INC. (f/k/a GREENWICH CAPITAL ACCEPTANCE, INC.); FINANCIAL ASSET SECURITIES CORP.; JOSEPH N. WALSH III; CAROL P. MATHIS; ROBERT J. MCGINNIS; JOHN C. ANDERSON; and JAMES M. ESPOSITO,<br><br>                              Defendants. | Case No. 3:11 Civ. 01383 (AWT)<br><br>June 19, 2015<br><br>**JOINT MOTION AND [PROPOSED] ORDER TO MODIFY THE EXPERT DISCOVERY SCHEDULE** |

Plaintiff Federal Housing Finance Agency, as Conservator for the Federal National Mortgage Association and the Federal Home Loan Mortgage Corporation, together with Defendants in the above-captioned action (the "Action"), respectfully submit this Joint Motion and Proposed Order to extend the expert discovery deadlines in the Action. For the reasons that follow, the parties respectfully request that the Court enter their proposed schedule in its entirety.

Pursuant to the Court's April 14, 2015, Order Regarding the Parties' Joint Motion for Modification of the Expert Discovery Schedule (Dkt. 586), all expert discovery must presently be completed by August 22, 2016. In light of, among other things, the parties' continued efforts to prepare their respective expert reports, the parties agree that a modification of the current expert discovery schedule is warranted.

The parties therefore respectfully request that the Court extend the expert discovery deadlines in this Action, as set forth in the annexed proposed order.

1

DATED:  June 19, 2015
        Hartford, Connecticut

By: _/s/ James T. Cowdery_

James T. Cowdery (ct05103)
James J. Healy (ct28447)
COWDERY & MURPHY, LLC
280 Trumbull Street, 22nd Fl.
Hartford, CT 06103
Telephone: (860) 278-5555
Facsimile: (860) 249-0012
jcowdery@cowderymurphy.com
jhealy@cowderymurphy.com


Philippe Z. Selendy (phv05112)
Richard A. Schirtzer (phv01542)
Adam M. Abensohn (phv04996)
Jordan A. Goldstein (phv5182)
Marina E. Olevsky (phv06292)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
philippeselendy@quinnemanuel.com
richardschirtzer@quinnemanuel.com
adamabensohn@quinnemanuel.com
jordangoldstein@quinnemauel.com
marinaolevsky@quinnemanuel.com

*Attorneys for Plaintiff Federal Housing Finance Agency, as Conservator for Federal National Mortgage Association and Federal Home Loan Mortgage Corporation*

By: _/s/ Timothy A. Diemand_

Timothy A. Diemand (ct18075)
Matthew C. Brown (ct28331)
WIGGIN AND DANA, LLP
265 Church Street
New Haven, Connecticut 06508
Telephone: (203) 498-4380
Facsimile: (203)782-2889
tdiemand@wiggin.com
mbrown@wiggin.com


Thomas C. Rice (*pro hac vice*)
David J. Woll (*pro hac vice*)
Andrew T. Frankel (*pro hac vice*)
Alan Turner (*pro hac vice*)
Craig S. Waldman (*pro hac vice*)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2502
trice@stblaw.com
dwoll@stblaw.com
afrankel@stblaw.com
aturner@stblaw.com
cwaldman@stblaw.com

*Attorneys for Defendants Royal Bank of Scotland Group PLC., et al.*

## CERTIFICATION OF SERVICE

I hereby certify that on June 19, 2015, a copy of the foregoing was filed electronically and sent by electronic mail to all parties, including the individuals listed below, by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

Thomas C. Rice
David J. Woll
Alan C. Turner
Craig S. Waldman
Minta Nester
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
212-455-2216
212-455-2502 (fax)

Timothy Andrew Diemand
Matthew C. Brown
WIGGIN & DANA
One CityPlace
185 Asylum St. Floor 34
Hartford, CT 06103
860-297-3738
860-525-9380 (fax)

*Counsel to Defendants*

By:    /s/ *James T. Cowdery*